1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JUSTIN STURN

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,    )  No. CR. S-12-196 LKK
12                              )
            Plaintiff,          )
13                              )  ORDER AFTER HEARING
        v.                      )
14                              )
   JUSTIN STURN,                )
15                              )
            Defendant.          )
16                              )
   _____  )
17

18
      This matter came on calendar for a status conference hearing on
19
June 19, 2012, in the courtroom of the Honorable Lawrence K. Karlton,
20
Senior Judge. Assistant United States Attorney Matthew Morris appeared
21
on behalf of the United States of America. Assistant Federal Defender
22
Matthew Scoble appeared on behalf of Defendant Justin Sturn, who was
23
present before the court.
24
      Defense counsel explained that discovery is forthcoming, and that
25
the defendant and counsel need time to review discovery, conduct
26
further investigation, and evaluate possible defenses and/or
27
mitigation. Defense counsel therefore requested that this matter be set
28

for a further status conference on July 24, 2012, at 9:15 am.

The parties agreed on the need for additional time.

**IT IS HEREBY ORDERED** that this matter be set for further status conference on July 24, 2012 at 9:15 am..

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from June 19, 2012, up to and including July 24, 2012, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation.

**THE COURT SPECIFICALLY FINDS** that the ends of justice served by granting a continuance outweigh the interests of the public and the defendants in a speedy trial.

Dated: June 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT