DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr. S-12-196-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JUSTIN STURN, ) | |
| ) | Date: October 30, 2012 |
| Defendant. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN STURN, that the status conference hearing date of August 28, 2012 be vacated, and the matter be set for status conference on October 30, 2012 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 30, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 24, 2012.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Matthew Scoble
                                           MATTHEW SCOBLE
                                           Designated Counsel for Service
                                           Attorney for JUSTIN STURN

DATED: August 24, 2012.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Matthew Scoble for
                                           MATTHEW MORRIS
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 28, 2012, status conference hearing be continued to October 30, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 30, 2012 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 24, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT