JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN STURN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Cr.S-12-196-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER;** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| JUSTIN STURN, | ) | Date:  April 16, 2013 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto through
their respective counsel, MATTHEW MORRIS, Assistant United States
Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JUSTIN
STURN, that the status conference hearing date of April 2, 2013 be
vacated, and the matter be set for status conference on April 16, 2013 at
9:15 a.m.

        The reason for this continuance is to allow defense counsel
additional time to review discovery with the defendant, to examine
possible defenses and to continue investigating the facts of the case.

        Based upon the foregoing, the parties agree that the time under the
Speedy Trial Act should be excluded from the date of signing of this
order through and including April 16, 2013 pursuant to 18 U.S.C. §3161

```
 1   (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based
 2   upon continuity of counsel and defense preparation.

 3
     DATED:   April 2, 2013.                  Respectfully submitted,
 4
                                              JOSEPH SCHLESINGER
 5                                            Acting Federal Defender

 6

 7                                            /s/ Matthew Scoble
                                              MATTHEW SCOBLE
 8                                            Designated Counsel for Service
                                              Attorney for JUSTIN STURN
 9

10   DATED:   April 2, 2013.                  BENJAMIN WAGNER
                                              United States Attorney
11

12
                                              /s/ Matthew Scoble for
13                                            MATTHEW MORRIS
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

15

16

17                                ORDER

18       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19   ordered that the April 2, 2013, status conference hearing be continued to

20   April 16, 2013, at 9:15 a.m.   Based on the representation of defense

21   counsel and good cause appearing there from, the Court hereby finds that

22   the failure to grant a continuance in this case would deny defense counsel

23   reasonable time necessary for effective preparation, taking into account

24   the exercise of due diligence.   The Court finds that the ends of justice

25   to be served by granting a continuance outweigh the best interests of the

26   public and the defendant in a speedy trial.   It is ordered that time up

27   to and including the April 16, 2013 status conference shall be excluded

28   from computation of time within which the trial of this matter must be
```

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

2  and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time

3  to prepare.

4  Dated: April 1, 2013

5

6                                    LAWRENCE K. KARLTON

7                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28